UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

ENTERED
11/16/2020

| | | |
|---|---|---|
| Christopher L. Quinn, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-4083 |
| Ravi Kumar Moparty, *et al.*, | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| *In re* | § | Bankruptcy 14-34974 |
| Cleveland Imaging & Surgical Hospital, L.L.C., | § § § | Adversary 19-3566 |
| Debtor. | § § | |

## Order

Because the abatement terminated when this court withdrew the reference, the renewed motion for emergency hearing, to abate, and to enforce is denied. (4)

Signed on November _16_, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge