UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
11/24/2020

| | | |
|---|---|---|
| Christopher L. Quinn, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-4083 |
| Ravi Kumar Moparty, *et al.*, | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| *In re* | § | Bankruptcy 14-34974 |
| Cleveland Imaging & Surgical Hospital, L.L.C., | § § § | Adversary 19-3566 |
| Debtor. | § § | |

## Final Dismissal

Upon the agreement of the parties, the case is dismissed with prejudice because it is mooted by the settlement in the bankruptcy court. (7)

Signed on November 24, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge