UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Cleveland Imaging & Surgical Hospital, L.L.C. | § | Civil Action No. 4:21-cv-133 |
|    Debtor | § | |
| | § | Adversary Case No. 19-3566 |
| Fadi Ghanem | § | |
|    Appellant | § | |

## Notice of Filing of an Appeal with Rule 8006 Certification

1. A notice of appeal was filed before the bankruptcy court on January 14, 2021

2. Parties to the appeal <u>must</u> file a certification for direct review in the court of appeals under 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8006. Under the provisions of Rule 8006(b), this matter remains pending in the bankruptcy court for 30 days after the effective date under Rule 8002. The matter will be pending in the district court thereafter if the bankruptcy court declines to certify the matter for direct appeal to the court of appeals.

3. This appeal has been assigned to United States District Judge Lynn N Hughes.

4. The appeal has been docketed as 4:21-cv-133

5. If the court in which this matter is pending certifies this matter for direct appeal to the court of appeals, Rule 8006(g) requires that within 30 days after the date the certification becomes effective, a request for permission to take a direct appeal to the court of appeals must be filed with the circuit clerk in accordance with F. R. App. P. 6(c).

6. Other motions affecting this appeal, or the order or decree from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

Date: January 15, 2021

                                                          David J. Bradley, Clerk of Court
                                                          <u>S. Arnow</u>
                                                          Deputy Clerk