UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Fadi Ghanem, | § § § § | February 24, 2021<br>Civil Action H-21-133 |
| Appellant, | | |

| | | |
|---|---|---|
| *In re*<br>Cleveland Imaging & Surgical<br>Hospital, L.L.C., | § § § § § | Bankruptcy 14-34974 |
| Debtor. | | |

## Final Dismissal

The order being appealed was entered on December 30, 2020. The notice of appeal was filed on January 14, 2021. The deadline to file was 14 days after the order was entered or January 13, 2021. Fadi Ghanem has also failed to meet other deadlines in this case. Because the notice of appeal was filed after the 14-day deadline, this case is dismissed with prejudice.

Signed on February 23, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge